| | |
|---|---|
| CENTER FOR DISABILITY ACCESS | DEREK O. MYERS (SBN: 274478) |
| Chris Carson, Esq., SBN 280048 | derek@chauvellaw.com |
| Dennis Price, Esq., SBN 279082 | CHAUVEL & GLATT, LLP |
| Amanda Seabock, Esq., SBN 289900 | 66 BOVET ROAD, SUITE 280 |
| 8033 Linda Vista Road, Suite 200, | SAN MATEO, CALIFORNIA 94402 |
| San Diego, CA 92111 | TELEPHONE: 650-573-9500 |
| (858) 375-7385; (888) 422-5191 fax | FACSIMILE: 650-573-9689 |
| amandas@potterhandy.com | Attorneys for Defendant |
| Attorneys for Plaintiff | Lefty's Sports Collectibles, LLC |

FRANK J. PERRETTA (SBN: 126947)
fperretta@messner.com
JULIAN PARDO DE ZELA (SBN 246496)
JPardodeZela@messner.com
MESSNER REEVES LLP
160 W. Santa Clara Street,
Suite 1000 San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477
Attorneys for Defendant
Burlingame Musich-2, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>BURLINGAME MUSICH-2 LLC, a California Limited Liability Company; LEFTY'S SPORTS COLLECTIBLES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 3:20-CV-00187-LB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 6, 2021     CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Lockhart Seabock
      Amanda Lockhart Seabock
      Attorney for Plaintiff

Dated: January 6, 2021     MESSNER REEVES LLP

By:   /s/Frank J. Perretta
      Frank J. Perretta
      Attorney for Defendant
      Burlingame Musich-2, LLC

Dated: January 6, 2021     CHAUVEL & GLATT, LLP

By:   /s/Derek O. Myers
      Derek O. Myers
      Attorney for Defendant
      Lefty's Sports Collectibles, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Frank J. Perretta, counsel for Burlingame Musich-2, LLC, and Derek O. Myers, counsel for Lefty's Sports Collectibles, LLC, and that I have obtained authorization to affix their electronic signature to this document.

Dated: January 6, 2021                CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Lockhart Seabock
     Amanda Lockhart Seabock
     Attorney for Plaintiff